Case: 1:23−mj−00358
Assigned To : Harvey, G. Michael
Assign. Date : 12/15/2023
Description: Complaint W/ Arrest Warrant

## STATEMENT OF FACTS

### A&D Pawn Shop FFL Burglary

On December 13, 2023, at approximately 3:47 a.m., Anne Arundel County Police Department (AAPD) heard an audible alarm at A & D Pawn Shop, a Federal Firearms Licensee ("FFL"), located at 706 Crain Hwy, N #2, Glen Burnie, MD 21061. Once patrol officers arrived, a preliminary investigation revealed the pawn shop was burglarized and numerous firearms were stolen. Patrol officers notified AAPD detectives who took control of the investigation. AAPD detectives reviewed security camera footage from the pawn shop and observed the following:

At approximately 3:30 a.m., a red Hyundai sedan ("TARGET VEHICLE") and a dark colored Acura SUV ("VEHICLE-2") entered the A & D Pawn Shop parking lot.



*Still shots captured from surveillance footage of the VEHICLE-1 and VEHICLE-2.*

SUSPECT-1, SUSPECT-2, SUSPECT-3, SUSPECT-4, and SUSPECT-5 (the "SUSPECTS"), wearing gloves and masks, exited VEHICLE-1 and VEHICLE-2. SUSPECT-1, utilizing a portable saw, cut the locks on the pull-down security gate in front of the A & D Pawn Shop. The SUSPECTS then raised the security gate and used a crowbar type tool to pry open the main entry door to the pawn shop. The SUSPECTS entered the pawn shop, took items, and exited the pawn shop, repeating this pattern numerous times, before fleeing the scene in the VEHICLE-1 and VEHICLE-2.



***Still shots captured from video surveillance footage of the SUSPECTS.***

An initial inventory of the A & D Pawn Shop revealed an approximate 34 firearms were stolen. The following firearms were reported stolen:

- Hammerli, model TAC R1, .22 LR caliber rifle, SN: HA042027
- Mossberg, model 590 Nightstick, 12-Gauge pistol, SN: V1658733
- Kel-Tec, model SU-22C, .22 LR caliber rifle, SN: V2433
- Smith & Wesson, model M&P 15, .22 LR caliber rifle, SN: LBH2830
- Smith & Wesson. model M&P 22 Compact, .22 caliber pistol, SN: HJT2777

- Mossberg, model 590, 12-Gauge shotgun, SN: V1679570
- H&K, model 416, .22 LR caliber rifle, SN: HB075380
- Kahr Arms, model CT9, 9mm pistol, SN: G027855
- Glock, model 47, 9mm pistol, S/N: BZLL423
- Glock, model 44, .22 caliber pistol, S/N: AHHE205
- Glock, model 42, .380 caliber pistol, S/N: AHMK030
- Browning, model Bachmar, .22 caliber pistol, S/N: US515YY-22218
- German Sport Guns, model GSG-16, .22 caliber rifle, S/N: A974245
- Kel-Tec, model sub-2000, 9mm rifle, S/N: FHFD98
- Ruger, model 57, .57 caliber pistol, S/N: 64395716
- Ruger, model SR-1911, .45 caliber pistol, S/N: 67386789
- Ruger, model SR-22, .22 caliber pistol, S/N: 36954284
- Smith & Wesson, model M&P 10, 10 mm pistol, S/N: NMH3067
- Springfield, model XD-9, 9mm pistol, S/N: BA652118
- Springfield, model Hellcat, 9mm pistol, S/N: BE163118
- Sig Sauer, model P320X, 9mm pistol S/N: 58K207297
- H&K, model VP-9, 9mm pistol, S/N: 224387866
- Smith & Wesson, model victory, .22 caliber pistol S/N: UEN7248
- FN, model FNX-45, .45 caliber pistol, S/N: FX3U180045
- Smith & Wesson, model M&P 380, .380 caliber pistol, S/N: NMX0352
- Shadow Systems, model XR920, 9mm pistol, S/N: SSX047103
- Shadow Systems, model DR920, 9mm pistol, S/N: SSX043848
- Springfield, model 1911, .45 caliber pistol, S/N: NM836289
- Glock, model 22 pistol, .40 caliber pistol, S/N: BUCT486
- Smith & Wesson, model M&P 9, 9mm pistol, S/N: MRN6088
- Taurus, model G2C, 9mm pistol, S/N: TLR92781
- Kalashnikov, model KP-9, 9mm pistol, S/N: K90007040
- FN, model FNP-40, .40 caliber pistol, S/N: 61CMR02735
- Springfield, model 1911, 9mm pistol, S/N: EMP97414[1]

### VEHICLE-1 Accident in Washington, D.C.

Approximately a half hour after the A & D Pawn Shop FFL burglary, at 4:10 a.m., Metropolitan Police Department (MPD) in Washington, D.C. were notified of a car accident on I-295 going southbound at the Kenilworth Avenue, NE, Washington, D.C. exit. Once on scene, MPD Officers observed an overturned red Hyundai Sonata, matching the description of the VEHICLE-1, with no passengers. Officers ran a query of the VEHICLE-1 which revealed the VEHICLE-1 to be stolen on December 12, 2023 out of Prince George's County.

---

[1] ATF received the completed Federal Firearms Licenss Firearms Theft Report and adjusted the firearm list accordingly.



**Screenshot of MPD Body Worn Camera (BWC) capturing the TARGET VEHICLE's accident**

MPD Officers searched VEHICLE-1 and recovered the following eight firearms that were reported stolen from the A & D Pawn shop:

- Hammerli, model TAC R1, .22 LR caliber rifle, SN: HA042027
- Mossberg, model 590 Nightstick, 12-Gauge shotgun, SN: V1658733
- Kel-Tec, model SU22, .22 LR caliber rifle, SN: V2433
- Smith & Wesson, model M&P 15, .22 LR caliber rifle, SN: LBH2830
- Smith & Wesson. model M&P 22 Compact, .22 caliber pistol, SN: HJT2777
- Mossberg, model 590, 12-Gauge shotgun, SN: V1679570
- H&K, model 416, .22 LR caliber rifle, SN: HB075380
- Kahr Arms, model CT9, 9mm caliber pistol, SN: G027855

The firearms were located on the floor in the rear of the vehicle and were easily visible for the occupants to observe.



**Screenshot of MPD Body Worn Camera (BWC) capturing the stolen firearms in VEHICLE-1**



**Photograph capturing the eight firearms recovered from VEHICLE-1**

A query revealed the eight firearms were stolen from the A & D Pawn Shop approximately 40 minutes prior to the accident. It should be noted that driving from A & D Pawn Shop to the Kenilworth Avenue, NE exit on I-295 would take approximately 30-40 minutes. VEHICLE-1 was towed pending further investigation. Your affiant spoke to WITNESS-1, the driver of a vehicle involved in the accident, who stated his vehicle was rear ended by VEHICLE-1, causing his vehicle to spin out. After the accident, WITNESS-1 observed approximately 4-5 individuals running away from VEHICLE-1 towards the Kenilworth neighborhood in Washington, D.C.

Additionally, MPD Officers observed a damaged yellow in color iPhone with a black case in the cupholder in the front ("IPHONE") of VEHICLE-1 with an open GPS route running. The visible ending address from the route showed 2660 Douglass Street SE, Washington, D.C. 20020. MPD Officers responded to 2660 Douglass Street, SE and found a Burgundy Acura MDX with MD registration 2CV6901, matching the description of VEHICLE-2.

**United States District Court for the District of Columbia Search Warrant 23-SW-433**

On December 13, 2023, the United States District Court for the District of Columbia issued a search warrant, in case number 23-SW-433, for the IPHONE, seized from VEHICLE-1 on December 13, 2023.

While the search of the IPHONE remains ongoing, preliminary review has revealed evidence of VINCENT LEE ALSTON's involvement in the A&D Pawn Shop FFL burglary. A review of text messages on the IPHONE revealed the IPHONE communicated with a contact labeled "Peezy", attributed to the phone number 202-820-2109. In the messages exchanged, on December 13, 2023 at approximately 2:56 a.m., "Peezy" texted the IPHONE "706 Crain hwy n glen Burnie MD 21061". "Peezy" followed up with another message, stating "thats the address to were we goin". Your affiant knows the above address to be the same address of the A & D Pawn Shop.



*Screenshot depicting text messages between "Peezy" and the IPHONE.*

A review of images on the IPHONE revealed a deleted video dated from December 12, 2023 at 5:14 a.m. The video depicted an individual driving a Hyundai sedan. It should be noted a Hyundai sedan was utilized in the A & D Pawn Shop burglary.

Additional review of images on the IPHONE revealed a social security card for a VINCENT LEE ALSTON with the social security number 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 and a photograph ALSTON's District of Columbia's identification. Numerous photographs of an individual matching the description of ALSTON were located in the IPHONE's images.



*Screenshot depicting IPHONE images.*

A review of the Instagram account associated to the IPHONE revealed the Instagram account "odv.vedo26". In the Instagram account, "Mr.Drama" was found in the bio. It should be noted the iCloud account associated to the IPHONE was mrdrama26@icloud.com. Your affiant knows it is common for individuals to use the same moniker for usernames on different accounts to include social media and email addresses. The Instagram account "odv.vedo26" posted photographs depicting an individual matching ALSTON's description. In addition, after reviewing the IPHONE, just three and a half hours before the FFL burglary, there are texts being sent from the IPHONE where the sender identified himself as "vedo", consistent with the Instagram account "odv.vedo26".



*Photographs depicting iCloud and Instagram accounts on the IPHONE.*

ATF queried a booking photograph for ALSTON that revealed ALSTON to be the same individual depicted in the IPHONE's images. It should be noted that ALSTON has been linked through numerous police reports to 2660 Douglas Place, SE, Washington, D.C., the same address the IPHONE's GPS was going. Police came in contact with ALSTON at this address in April 2023.



*ALSTON's 10/24/23 booking photograph.*

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearms in this case must have traveled in interstate commerce and the defendant aided and abetted in the possession of the eight firearms that were easily visible in the rear of the vehicle.

A criminal history check of ALSTON revealed that he has a prior criminal felony conviction for Conspiracy to Commit Robbery in Circuit Court for Prince George's County, Case No. CT210035X, where he was sentenced to 10 years confinement (suspended as to all but 10 months and 12 days). Therefore, the defendant was aware that he had at least one prior conviction for a crime punishable by imprisonment for a term exceeding one year.

_____
SPECIAL AGENT AMANDA VITERETTI, BADGE #6476
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

As such, your affiant submits that probable cause exists to charge Vincent Lee ALSTON with violations of 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 15th day of December, 2023.*

_____
G. MICHAEL HARVEY
United States MAGISTRATE JUDGE